```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **REQUESTING CONTINUANCE OF** |
| | ) | **STATUS CONFERENCE AND** |
| BRIAN ARMENTA, | ) | **EXCLUSION OF TIME; PROPOSED** |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | Date: September 9, 2008 |
| _____ | ) | Time: 9:30 a.m. |
| | | Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current status conference date of August 26, 2008 be continued to September 9, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

   Defense counsel is currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government.  She needs additional time to discuss the case with Mr. Armenta and the prosecutor.  Mr. Armenta is housed at the Nevada County Jail.

   Accordingly, the parties request that the Court exclude the time

1  from the filing of this stipulation through September 9, 2008 at 9:30
2  a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable
3  time to prepare).  The parties agree that the ends of justice to be
4  served by a continuance outweigh the best interests of the public and
5  the defendant in a speedy trial.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:     August 21, 2008              /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for BRIAN ARMENTA


                                        McGREGOR SCOTT
                                        United States Attorney


DATED:     August 21, 2008              /s/ RACHELLE BARBOUR for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 21, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**2**