DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME;** |
| BRIAN ARMENTA, | ) | |
| Defendant. | ) | Date: September 23, 2008 |
| | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current status conference date of September 9, 2008 be continued to September 23, 2008 at 9:15 a.m., and that time be excluded for preparation of defense counsel.

Defense counsel has just received a revised plea agreement from the government and must travel to Nevada County to see Mr. Armenta, who is housed by the Marshals in the Nevada County Jail.  She must review the agreement with Mr. Armenta, discuss all possible sentencing options with him, and review the evidence with him.  She needs additional time to discuss the case with Mr. Armenta and the prosecutor.

1    Accordingly, the parties request that the Court exclude the time
2 from the filing of this stipulation through September 23, 2008 at 9:30
3 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable
4 time to prepare).  The parties agree that the ends of justice to be
5 served by a continuance outweigh the best interests of the public and
6 the defendant in a speedy trial.

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


10  DATED:    September 5, 2008          /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
11                                       Assistant Federal Defender
                                        Attorney for BRIAN ARMENTA


13                                       McGREGOR SCOTT
                                        United States Attorney


16  DATED:    September 5, 2008          /s/ RACHELLE BARBOUR for
                                        JASON HITT
                                        Assistant U.S. Attorney
17                                       Attorney for Plaintiff

18                          **O R D E R**

19    **IT IS SO ORDERED.**

21  DATED: September 8, 2008


                                        _Lawrence K. Karlton_
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2