```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: October 28, 2008 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference date of September 23, 2008, be continued to October 28, 2008, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

 Defense counsel has just received a revised plea agreement from the government and must travel to Nevada County to see Mr. Armenta, who is housed by the Marshals in the Nevada County Jail.  She must review the agreement with Mr. Armenta, discuss all possible sentencing options with him, and review the evidence with him.  She needs additional time

1  to discuss the case with Mr. Armenta and the prosecutor.

2       Accordingly, the parties request that the Court exclude the time
3  from the filing of this stipulation through October 28, 2008, at 9:15
4  a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable
5  time to prepare).  The parties agree that the ends of justice to be
6  served by a continuance outweigh the best interests of the public and
7  the defendant in a speedy trial.

8  DATED:    September 19, 2008          Respectfully submitted,
                                          DANIEL J. BRODERICK
9                                         Federal Defender

10                                        /s/ Rachelle Barbour
                                          _____
11                                        RACHELLE BARBOUR
                                          Assistant Federal Defender
12                                        Attorney for Defendant
                                          BRIAN ARMENTA
13

14 DATED:    September 19, 2008          McGREGOR SCOTT
                                          United States Attorney
15
                                          /s/ Rachelle Barbour for
16                                            Jason Hitt
                                          _____
17                                        JASON HITT
                                          Assistant U.S. Attorney
18                                        Attorney for Plaintiff

19

20                            **O R D E R**

21      **IT IS SO ORDERED.**

22 DATED:    September 19, 2008

23

24

25

26                                        _____
                                          LAWRENCE K. KARLTON
27                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
28

2