```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: December 1, 2008 |
| Defendant. | ) | Time: 1:30 p.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference date of October 28, 2008, be continued to December 1, 2008, at 1:30 p.m., and that time be excluded for preparation of defense counsel.

Defense counsel must travel to Nevada County to see Mr. Armenta, who is housed by the Marshals in the Nevada County Jail.  She must further discuss the case with the government, and discuss all possible sentencing options with Mr. Armenta.  She needs additional time to discuss the case with Mr. Armenta and the prosecutor.

1  Accordingly, the parties request that the Court exclude the time
2  from the filing of this stipulation through December 1, 2008, at 1:30
3  p.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable
4  time to prepare).  The parties agree that the ends of justice to be
5  served by a continuance outweigh the best interests of the public and
6  the defendant in a speedy trial.

7  DATED:    October 24, 2008          Respectfully submitted,
                                       DANIEL J. BRODERICK
8                                      Federal Defender

9                                      /s/ Rachelle Barbour
10                                     _____
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender
11                                     Attorney for Defendant
                                       BRIAN ARMENTA
12

13 DATED:    October 24, 2008          McGREGOR SCOTT
                                       United States Attorney
14
                                       /s/ Rachelle Barbour for
15                                         Jason Hitt
                                       _____
16                                     JASON HITT
                                       Assistant U.S. Attorney
17                                     Attorney for Plaintiff

18

19                          **O R D E R**

20     **IT IS SO ORDERED.**

21 DATED:    October 24, 2008

22
                                       _____
23                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
24                                     UNITED STATES DISTRICT COURT

25

26

27

28

2