1  DANIEL J. BRODERICK
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   BRIAN ARMENTA

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,    )    Case No. CR.S-07-249-LKK
11                              )
                    Plaintiff,  )    **STIPULATION AND ORDER**
12                              )    **REQUESTING CONTINUANCE OF**
              v.                )    **STATUS CONFERENCE AND**
13                              )    **EXCLUSION OF TIME; ORDER**
   BRIAN ARMENTA,               )
14                              )    Date: March 3, 2009
                    Defendant.  )    Time:  9:15 a.m.
15                              )    Judge: Lawrence K. Karlton
   _____ )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto

18  through their respective counsel, JASON HITT, Assistant United States

19  Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

20  Federal Defender, attorney for Defendant BRIAN ARMENTA, that the

21  current Status Conference date of January 13, 2009, be continued to

22  March 3, 2009, at 9:15 a.m., and that time be excluded for preparation

23  of defense counsel.

24      Defense counsel must travel to Nevada County to see Mr. Armenta,

25  who is housed by the Marshals in the Nevada County Jail.  She must

26  further discuss the case with the government, and discuss all possible

27  sentencing options with Mr. Armenta.  She needs additional time to

28  discuss the case with Mr. Armenta and the prosecutor.

1    Accordingly, the parties request that the Court exclude the time

2   from the filing of this stipulation through March 3, 2009, at 9:15

3   a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable

4   time to prepare).  The parties agree that the ends of justice to be

5   served by a continuance outweigh the best interests of the public and

6   the defendant in a speedy trial.

7   DATED:     January 8, 2009          Respectfully submitted,
                                        DANIEL J. BRODERICK
8                                       Federal Defender

9                                       /s/ Rachelle Barbour

10                                      _____

11                                      RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
12                                      BRIAN ARMENTA

13
     DATED:     January 8, 2009          LAWRENCE G. BROWN
14                                       Acting United States Attorney

15                                       /s/ Rachelle Barbour for
                                             Jason Hitt
16                                      _____

17                                      JASON HITT
                                        Assistant U.S. Attorney
18                                      Attorney for Plaintiff

19

20                         **O R D E R**

21       **IT IS SO ORDERED.**

22   DATED: January 9, 2009

23

24

25   _____
     LAWRENCE K. KARLTON
26   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

27

28


                                  2