1  DANIEL J. BRODERICK
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   BRIAN ARMENTA
6

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,      )    Case No. CR.S-07-249-LKK
11                                 )
                       Plaintiff,  )    **STIPULATION AND ORDER**
12                                 )    **REQUESTING CONTINUANCE OF**
              v.                   )    **STATUS CONFERENCE AND**
13                                 )    **EXCLUSION OF TIME; ORDER**
   BRIAN ARMENTA,                  )
14                                 )    Date:  April 14, 2009
                       Defendant.  )    Time:  9:15 a.m.
15                                 )    Judge: Lawrence K. Karlton
   _____ )
16

17          IT IS HEREBY STIPULATED by and between the parties hereto

18  through their respective counsel, JASON HITT, Assistant United States

19  Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

20  Federal Defender, attorney for Defendant BRIAN ARMENTA, that the

21  current Status Conference date of March 3, 2009, be continued to April

22  14, 2009, at 9:15 a.m., and that time be excluded for preparation of

23  defense counsel.

24          This continuance is requested because defense counsel needs

25  additional time to discuss the case further with the government and to

26  discuss all possible sentencing options with Mr. Armenta.

27  ///

28  ///

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through April 14, 2009, at 9:15 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare). The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 26, 2009    Respectfully submitted,
                 DANIEL J. BRODERICK
                 Federal Defender

                 */s/ Rachelle Barbour*

                 _____
                 RACHELLE BARBOUR
                 Assistant Federal Defender
                 Attorney for Defendant
                 BRIAN ARMENTA

DATED: February 26, 2009    LAWRENCE G. BROWN
                 Acting United States Attorney

                 */s/ Rachelle Barbour for*
                   *Jason Hitt*

                 _____
                 JASON HITT
                 Assistant U.S. Attorney
                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: March 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT