```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    BRIAN ARMENTA
 6

 7

 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,   )   Case No. CR.S-07-249-LKK
11                              )
                    Plaintiff,  )   STIPULATION AND ORDER
12                              )   REQUESTING CONTINUANCE OF
              v.                )   STATUS CONFERENCE AND
13                              )   EXCLUSION OF TIME; PROPOSED
    BRIAN ARMENTA,              )   ORDER
14                              )
                    Defendant.  )   Date:  May 12, 2009
15                              )   Time:  9:15 a.m.
    _____)   Judge: Lawrence K. Karlton
16
```

17      IT IS HEREBY STIPULATED by and between the parties hereto

18 through their respective counsel, JASON HITT, Assistant United States

19 Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

20 Federal Defender, attorney for Defendant BRIAN ARMENTA, that the

21 current Status Conference date of April 14, 2009, be continued to May

22 12, 2009, at 9:15 a.m., and that time be excluded for preparation of

23 defense counsel.

24      This continuance is requested because defense counsel needs

25 additional time to discuss the case with the government and to discuss

26 all possible sentencing options with Mr. Armenta.

27 ///

28 ///

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through May 12, 2009, at 9:15 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare). The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 9, 2009

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

*/s/ Rachelle Barbour*

RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
BRIAN ARMENTA

DATED: April 9, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Rachelle Barbour for
    Jason Hitt*

JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: April 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT