1  DANIEL J. BRODERICK
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date:  June 23, 2009 |
| Defendant. | ) | Time:  9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of May 27, 2009, be continued to June 23, 2009, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through June 23, 2009, at 9:15 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare). The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 21, 2009

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

*/s/ Rachelle Barbour*

RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
BRIAN ARMENTA

DATED: May 21, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Rachelle Barbour for Jason Hitt*

JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: May 26, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2