```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: August 4, 2009 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of June 23, 2009, be continued to August 4, 2009, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

   This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

1    Accordingly, the parties request that the Court exclude the time
2  from the filing of this stipulation through August 4, 2009, at 9:15
3  a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable
4  time to prepare).  The parties agree that the ends of justice to be
5  served by a continuance outweigh the best interests of the public and
6  the defendant in a speedy trial.

7  DATED: June 19, 2009                Respectfully submitted,
                                        DANIEL J. BRODERICK
8                                       Federal Defender

9                                       /s/ Rachelle Barbour
                                        _____
10                                      RACHELLE BARBOUR
                                        Assistant Federal Defender
11                                      Attorney for Defendant
                                        BRIAN ARMENTA
12

13 DATED: June 19, 2009                 LAWRENCE G. BROWN
                                        Acting United States Attorney
14
                                        /s/ Rachelle Barbour for
15                                          Jason Hitt
                                        _____
16                                      JASON HITT
                                        Assistant U.S. Attorney
17                                      Attorney for Plaintiff

18

19                           **O R D E R**

20 **IT IS SO ORDERED.**

21 DATED: June 22, 2009

22

23                              _____
                                LAWRENCE K. KARLTON
24                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
25

26

27

28
                                    2