```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: October 27, 2009 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of September 29, 2009, be continued to October 27, 2009, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

1    Accordingly, the parties request that the Court exclude the time
2 from the filing of this stipulation through October 27, 2009, at 9:15
3 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable
4 time to prepare).  The parties agree that the ends of justice to be
5 served by a continuance outweigh the best interests of the public and
6 the defendant in a speedy trial.

7 DATED: September 25, 2009            Respectfully submitted,
                                       DANIEL J. BRODERICK
8                                      Federal Defender

9                                      /s/ Rachelle Barbour
                                       _____
10                                     RACHELLE BARBOUR
                                       Assistant Federal Defender
11                                     Attorney for Defendant
                                       BRIAN ARMENTA
12

13 DATED: September 25, 2009            LAWRENCE G. BROWN
                                       United States Attorney
14
                                       /s/ Rachelle Barbour for
15                                        Jason Hitt
                                       _____
16                                     JASON HITT
                                       Assistant U.S. Attorney
17                                     Attorney for Plaintiff

18

19                          **O R D E R**

20 **IT IS SO ORDERED.**

21 DATED: September 29, 2009

22                                     _____
                                       LAWRENCE K. KARLTON
23                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
24

25

26

27

28
                                       2