```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | Case No. CR.S-07-249-LKK |
|---|---|
| ) | |
| Plaintiff, ) | **STIPULATION REQUESTING** |
| ) | **CONTINUANCE OF STATUS** |
| v. ) | **CONFERENCE AND EXCLUSION OF** |
| ) | **TIME; ORDER** |
| BRIAN ARMENTA, ) | |
| ) | Date:  December 1, 2009 |
| Defendant. ) | Time:  9:15 a.m. |
| ) | Judge: Lawrence K. Karlton |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of October 27, 2009, be continued to December 1, 2009, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

1    Accordingly, the parties request that the Court exclude the time
2 from the filing of this stipulation through December 1, 2009, at 9:15
3 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable
4 time to prepare).  The parties agree that the ends of justice to be
5 served by a continuance outweigh the best interests of the public and
6 the defendant in a speedy trial.

7 DATED: October 23, 2009            Respectfully submitted,
                                     DANIEL J. BRODERICK
8                                    Federal Defender

9                                    /s/ Rachelle Barbour
                                     _____
10                                   RACHELLE BARBOUR
                                     Assistant Federal Defender
11                                   Attorney for Defendant
                                     BRIAN ARMENTA
12

13 DATED: October 23, 2009            LAWRENCE G. BROWN
                                     United States Attorney
14
                                     /s/ Rachelle Barbour for
15                                       Jason Hitt
                                     _____
16                                   JASON HITT
                                     Assistant U.S. Attorney
17                                   Attorney for Plaintiff

18

19                            **O R D E R**

20 **IT IS SO ORDERED.**

21 DATED: October 23, 2009

22

23
                                     _____
24                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
25                                   UNITED STATES DISTRICT COURT

26

27

28
                                    2