```
1  DANIEL J. BRODERICK
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   BRIAN ARMENTA
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; PROPOSED** |
| BRIAN ARMENTA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | Date:  March 2, 2010 |
| | ) | Time:  9:15 a.m. |
| _____ | ) | Judge: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of January 12, 2010, be continued to March 2, 2010, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

    This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through March 2, 2010, at 9:15 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 7, 2010                      Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         */s/ Rachelle Barbour*
                                         _____
                                         RACHELLE BARBOUR
                                         Research and Writing Attorney
                                         Attorney for Defendant
                                         BRIAN ARMENTA

DATED: January 7, 2010                      BEN WAGNER
                                         United States Attorney

                                         */s/ Rachelle Barbour for*
                                            *Jason Hitt*
                                         _____
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**

DATED: January 8, 2010

                                         _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT