DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; PROPOSED** |
| BRIAN ARMENTA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | Date: April 13, 2010 |
| | ) | Time:  9:15 a.m. |
| _____ | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of March 2, 2010, be continued to April 13, 2010, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through April 13, 2010, at 9:15 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 26, 2010          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  */s/ Rachelle Barbour*
                                  _____
                                  RACHELLE BARBOUR
                                  Research and Writing Attorney
                                  Attorney for Defendant
                                  BRIAN ARMENTA

DATED: February 26, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Rachelle Barbour for*
                                      *Jason Hitt*
                                  _____
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: February 26, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT