DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: May 11, 2010 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of April 13, 2010, be continued to May 11, 2010, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through May 11, 2010, at 9:15 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 7, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        _____
                                        RACHELLE BARBOUR
                                        Research and Writing Attorney
                                        Attorney for Defendant
                                        BRIAN ARMENTA


DATED: April 7, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Rachelle Barbour for
                                            Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: April 13, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2