```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: June 15, 2010 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of May 11, 2010, be continued to June 15, 2010, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

1    Accordingly, the parties request that the Court exclude the time
2 from the filing of this stipulation through June 15, 2010, at 9:15
3 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable
4 time to prepare).  The parties agree that the ends of justice to be
5 served by a continuance outweigh the best interests of the public and
6 the defendant in a speedy trial.

DATED: May 5, 2010                    Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Rachelle Barbour
                                      _____
                                      RACHELLE BARBOUR
                                      Research and Writing Attorney
                                      Attorney for Defendant
                                      BRIAN ARMENTA

DATED: May 5, 2010                    BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Rachelle Barbour for
                                         Jason Hitt
                                      _____
                                      JASON HITT
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


                          **O R D E R**

**IT IS SO ORDERED.**

DATED: May 11, 2010

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

2