DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: July 7, 2010 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of June 15, 2010, be continued to July 7, 2010, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

    This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

1      Accordingly, the parties request that the Court exclude the time
2 from the filing of this stipulation through July 7, 2010, at 9:15 a.m.,
3 under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable time
4 to prepare).  The parties agree that the ends of justice to be served
5 by a continuance outweigh the best interests of the public and the
6 defendant in a speedy trial.

7 DATED: June 11, 2010                Respectfully submitted,

8                                     DANIEL J. BRODERICK
                                      Federal Defender
9
                                      /s/ Rachelle Barbour
10                                    _____
                                      RACHELLE BARBOUR
11                                    Research and Writing Attorney
                                      Attorney for Defendant
12                                    BRIAN ARMENTA

13
DATED: June 11, 2010                  BENJAMIN B. WAGNER
14                                    United States Attorney

15                                    /s/ Rachelle Barbour for
                                          Jason Hitt
16                                    _____
                                      JASON HITT
17                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
18

19
                              **O R D E R**
20
**IT IS SO ORDERED.**
21
DATED: June 15, 2010
22

23                                    _____
                                      LAWRENCE K. KARLTON
24                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
25

26

27

28
                                      2