```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    BRIAN ARMENTA
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,     )    Case No. CR.S-07-249-LKK
11                                )
                    Plaintiff,    )    STIPULATION AND ORDER
12                                )    REQUESTING CONTINUANCE OF
              v.                  )    STATUS CONFERENCE AND
13                                )    EXCLUSION OF TIME; PROPOSED
    BRIAN ARMENTA,                )    ORDER
14                                )
                    Defendant.    )    Date:  September 14, 2010
15                                )    Time:  9:15 a.m.
    _____ )    Judge: Lawrence K. Karlton
16
```

17      IT IS HEREBY STIPULATED by and between the parties hereto

18 through their respective counsel, JASON HITT, Assistant United States

19 Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

20 Federal Defender, attorney for Defendant BRIAN ARMENTA, that the

21 current Status Conference hearing date of August 3, 2010, be continued

22 to September 14, 2010, at 9:15 a.m., and that time be excluded for

23 preparation of defense counsel.

24      This continuance is requested because defense counsel needs

25 additional time to discuss the case with the government, obtain a plea

26 agreement from the government, present it to Mr. Armenta, and discuss

27 all possible sentencing options with him.

28

1    Accordingly, the parties request that the Court exclude the time
2 from the filing of this stipulation through September 14, 2010, at 9:15
3 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable
4 time to prepare).  The parties agree that the ends of justice to be
5 served by a continuance outweigh the best interests of the public and
6 the defendant in a speedy trial.

DATED: July 30, 2010                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant
                                    BRIAN ARMENTA

DATED: July 30, 2010                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Rachelle Barbour for
                                        Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 30, 2010

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

**2**