```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REQUESTING CONTINUANCE OF** |
| v. | ) | **STATUS CONFERENCE AND** |
| | ) | **EXCLUSION OF TIME; ORDER** |
| BRIAN ARMENTA, | ) | |
| | ) | Date: October 13, 2010 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of September 14, 2010, be continued to October 13, 2010, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

    This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a final plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

1    Accordingly, the parties request that the Court exclude the time
2 from the filing of this stipulation through October 13, 2010, at 9:15
3 a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable
4 time to prepare).  The parties agree that the ends of justice to be
5 served by a continuance outweigh the best interests of the public and
6 the defendant in a speedy trial.

DATED: September 10, 2010           Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant
                                    BRIAN ARMENTA

DATED: September 10, 2010           BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Rachelle Barbour for
                                        Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 14, 2010

*Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**2**