DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
| | ) | |
| Plaintiff, | ) | ORDER SEALING DOCUMENTS |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN ARMENTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the document (paginated 1-14) and the request be filed under seal, permitting Assistant United States Attorney JASON HITT and the United States Probation Office, access to these documents unless otherwise ordered by this Court at a later time.

Dated: October 12, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT