HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRIAN SHANE ARMENTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN SHANE ARMENTA,<br><br>    Defendant. | No.  Cr. S 07-cr-249 TLN<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable TROY L. NUNLEY |

Defendant, BRIAN SHANE ARMENTA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 14, 2011, this Court sentenced Mr. Armenta to a term of 120 months imprisonment;

3. His total offense level was 37, his criminal history category was V, and the resulting guideline range was 324 to 405 months.  He received a sentence below the advisory guideline range on the government's motion;

4.   The sentencing range applicable to Mr. Armenta was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.   Mr. Armenta's total offense level has been reduced from 37 to 35, and his amended guideline range is 262 to 327 months. A reduction comparable to the one he received initially produces a sentence of 107 months;

6.   Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Armenta's term of imprisonment to a total term of 107 months.

Respectfully submitted,

Dated: August 10, 2015                             Dated: August 10, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                           /s/ *Hannah Labaree*
JASON HITT                                              HANNAH R. LABAREE
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA              BRIAN SHANE ARMENTA

Case 2:07-cr-00249-TLN   Document 160   Filed 08/11/15   Page 3 of 3

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Armenta is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 262 to 327 months. A reduction comparable to the one he received initially produces a term of 107 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2011 is reduced to a term of 107 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Armenta shall report to the United States Probation Office within seventy-two hours after his release.

Dated: August 10, 2015

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Re: Sentence Reduction     3